UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    SACV 11-147 JVS (CWx)                                Date    February 4, 2011

Title       Operation Technology, Inc. v. KLG Systel, Ltd.

Present: The Honorable    James V. Selna

              Karla J. Tunis                                      Not Present
              Deputy Clerk                                       Court Reporter

     Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:
              Not Present                                        Not Present

**Proceedings:**   **(In Chambers)**   **Order to Show Cause re Jurisdiction**

      Plaintiff Operation Technology, Inc. ("OTI") invokes this Court's jurisdiction on the basis of diversity, 28 U.S.C. § 1332. (Complaint, ¶ 5.) The diversity statute requires that the amount in controversy be at least $75,00:

> The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs . . ..

28 U.S.C. § 1332(a).

      The Complaint does not state the amount in controversy, and thus the Court cannot tell whether the jurisdiction requirements for diversity have been met. OTC is directed to show cause in writing within ten days why the complaint should not be dismissed for lack of jurisdiction. The response may take the form of an amended complaint setting forth all elements for diversity jurisdiction.

      **A failure to respond will result in dismissal of the case for lack of jurisdiction.**

                                                                                 : 00

                                                 Initials of Preparer    kjt