**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPERATION TECHNOLOGY, INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>KLG Systel, Ltd., and DOES 1 through 25 inclusive,<br><br>          Defendants. | CASE NO.: SACV11-00147 JVS (CWx)<br><br>**JUDGMENT**<br><br>Judge:   Hon. James V. Selna<br>Courtroom:   10C |

The Court has reviewed, considered and granted Plaintiff OPERATION TECHNOLOGY, INC.'s Motion to Lift Stay and For Confirmation of Arbitration Award as well as any other matters submitted to it in relation to this matter, and good cause appearing therefore,

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Final Award of Arbitrator rendered on February 18, 2013 and submitted to this Court with Plaintiff's Motion to Lift Stay and For Confirmation of Arbitration Award on March 5, 2013, including any findings contained therein, is incorporated by reference in this Judgment.

2. The Final Award of Arbitrator is hereby confirmed.

3. The Clerk shall enter Judgment for PLAINTIFF OPERATION TECHNOLOGY, INC. and against DEFEDNANT KLG SYSTEL, LTD. on Plaintiff's First Amended Complaint.

4. Defendant KLG SYSTEL, LTD. shall pay to Plaintiff OPERATION TECHNOLOGY, INC. the sum of USD $1,114,362.00 as damages in this litigation.

5. Interest shall accrue at the rate specified in 28 U.S.C. § 1961 beginning on the date of the entry of this Judgment.[1]

IT IS SO ORDERED.

Date: April 8, 2013

_____
Hon. James V. Selna
United States District Court Judge

---

[1] Although the arbitrator specified the higher California statutory rate, the proper rate is the federal post-judgment interest rate found at 28 U.S.C. § 1691.  See Fid. Fed. Bank, FSB v. Durga Ma Corp., 387 F.3d 1021, 1024 (9th Cir. 2004).

Case 8:11-cv-00147-JVS-CW   Document 49   Filed 04/08/13   Page 3 of 3   Page ID #:423

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**[PROPOSED] FINAL JUDGMENT**